1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  Federal Building
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4036
5
   Attorneys for Defendant
6

7
              IN THE UNITED STATES DISTRICT COURT FOR THE
8
                     EASTERN DISTRICT OF CALIFORNIA
9

10
   AMADOR GONZAGA,                )   1:05-cv-0452 REC LJO
11                                 )
                 Plaintiff,        )   STIPULATION AND ORDER
12                                 )   TO EXTEND TIME
                                   )
13          v.                     )
                                   )
14 JO ANNE B. BARNHART,            )
   Commissioner of Social          )
15 Security,                       )
                                   )
16               Defendant.        )
17 _____ )

18      The parties, through their respective counsel, stipulate
19 that defendant's time to respond to plaintiff's opening brief be
20 extended from April 12, 2006 to May 12, 2006.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27
28
                                   1

1  This is defendant's first request for an extension of time
2 to respond to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.

5
                                 Respectfully submitted,
6

7
Dated:  March 31, 2006           /s/ Gina M. Fazio
8                                (as authorized via facsimile)
                                 GINA M. FAZIO
9                                Attorney for Plaintiff

10

11 Dated:  March 31, 2006          McGREGOR W. SCOTT
                                 United States Attorney
12

13
                                 /s/ Kristi C. Kapetan
14                               KRISTI C. KAPETAN
                                 Assistant U.S. Attorney
15

16      IT IS SO ORDERED.

17 **Dated:   April 3, 2006**              /s/ Lawrence J. O'Neill
   66h44d                         UNITED STATES MAGISTRATE JUDGE
18