McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
2500 Tulare Street, Ste., 4401
Fresno, California 93721
Telephone: (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADOR GONZAGA, ) | 1:05-CV-0452 REC LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

  The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from May 12, 2006 to May 26, 2006.

///

///

///

///

///

///

///

///

1

This is defendant's second request for an extension of time to respond to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                      Respectfully submitted,

Dated: May 11 , 2006

                                      /s/ Gina M. Fazio
                                      (as authorized by facsimile)
                                      GINA M. FAZIO
                                      Attorney for Plaintiff


Dated: May 12, 2006                McGREGOR W. SCOTT
                                      United States Attorney


                                      /s/ Kristi C. Kapetan
                                      KRISTI C. KAPETAN
                                      Assistant U.S. Attorney

        IT IS SO ORDERED.

**Dated:   May 12, 2006**                    **/s/ Lawrence J. O'Neill**
66h44d                                        UNITED STATES MAGISTRATE JUDGE