McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
2500 Tulare Street, Ste., 4401
Fresno, California 93721
Telephone: (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADOR GONZAGA,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>Defendant. | 1:05-CV-0452 REC LJO<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff’s opening brief be extended from May 26, 2006 to June 28, 2006.

///

///

///

///

///

///

///

///

This is defendant's third request for an extension of time to respond to plaintiff's opening brief. The San Francisco Regional Counsel for the Social Security Administration has been called away on a family emergency and therefore she will need the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: May 22, 2006

/s/ Gina M. Fazio
(as authorized by facsimile)
GINA M. FAZIO
Attorney for Plaintiff

Dated: May 22, 2006

McGREGOR W. SCOTT
United States Attorney

/s/ Kristi C. Kapetan
KRISTI C. KAPETAN
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated: May 22, 2006**
66h44d

**/s/ Lawrence J. O'Neill**
UNITED STATES MAGISTRATE JUDGE